19093.   TOLBERT v. THE STATE.

BROYLES, C. J.   The verdict was amply authorized by the evidence, and none of the grounds of the amendment to the motion for a new trial show cause for a reversal of the judgment.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED JULY 31, 1928.

*Hugh E. Combs,* for plaintiff in error.
*M. L. Fells, solicitor-general,* contra.